**James Davis BENNETT,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2009–5120.**

United States Court of Appeals,
Federal Circuit.

March 17, 2010.

ON MOTION

*ORDER*

James Davis Bennett moves for leave to proceed in forma pauperis.

The court notes that Bennett did not file the required supplemental in forma pauperis form for prisoners.

Accordingly,

IT IS ORDERED THAT:

(1) Bennett's motion for leave to proceed in forma pauperis is denied.

(2) This appeal is dismissed for failure to submit the supplemental in forma pauperis form for prisoners.